1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| TROY WILLIAMS,                          | CASE NO. CV-09-4145 MMC                       |
|                                         |                                               |
|         Plaintiff,                      | [Sonoma County Superior Court                 |
|                                         | Case No. SCV 245494]                          |
|     v.                                  |                                               |
|                                         | [PROPOSED] **ORDER CONTINUING**               |
| THE HOME DEPOT, DOES 1 to 50,           | **THE CASE MANAGAMENT CONFERENCE**            |
| inclusive,                              |                                               |
|                                         | Date Filed:  July 10, 2009                    |
|         Defendants.                     | Trial Date:  Not Set                          |

Pursuant to the stipulation between the parties, and good cause appearing, IT IS SO ORDERED that the Initial Case Management Conference scheduled for December 18, 2009 at 10:30 am is vacated and scheduled for ~~January 29, 2010~~ February 12, 2010 at **10:30 am.** A Joint Case Management Statement shall be filed no later than February 5, 2010.

DATED: __December 8__, 2009

_____
THE HONORABLE MAXINE C. CHESNEY

4813-2767-1045.1

[PROPOSED] ORDER RE. CONTINUANCE OF THE INITIAL CMC