# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, DOES 1 to 50, inclusive,<br><br>    Defendants. | CASE NO. CV-09-4145 MMC<br><br>[Sonoma County Superior Court Case No. SCV 245494]<br><br>[~~PROPOSED~~] **ORDER AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Date Filed: July 10, 2009<br>Trial Date: Not Set |

Upon the Stipulation to Dismiss Entire Action with Prejudice filed by the parties hereto, and for good cause appearing:

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that this action be dismissed in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 15, , ~~2009~~ 2010



THE HONORABLE MAXINE M. CHESNEY